## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Georgia

Case Number: 1:25-CV-04310-AT

Plaintiff:
**T.H.**

vs.

Defendant:
**LINCOLN BANCORP, LLC**

Received by Kimberly Greenway Services, Inc. on the 6th day of August, 2025 at 10:37 am to be served on **LINCOLN BANCORP, LLC c/o Registered Agents, Inc., 8735 DUNWOODY PLACE STE R, ATLANTA, GA 30350**.

I, Kimberly Greenway, being duly sworn, depose and say that on the **7th day of August, 2025** at **12:22 pm, I:**

served **LINCOLN BANCORP, LLC c/o Registered Agents, Inc.** by personally serving **Jean Taylor, Intake specialist, a person authorized to accept service on behalf of the company**, located at **8735 DUNWOODY PLACE STE R, ATLANTA, GA 30350** with: SUMMONS IN A CIVIL ACTION; COMPLAINT; CERTIFICATE OF COMPLIANCE; CIVIL COVER SHEET;.

**Description** of Person Served: Age: 37, Sex: F, Race/Skin Color: Caucasian, Height: 5'7", Weight: 240, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

Subscribed and Sworn to before me on the 7th day of August, 2025 by the affiant who is personally known to me

NOTARY PUBLIC

Kimberly Greenway
GCPS #206

Kimberly Greenway Services, Inc.
505 Lakeland Plaza
Suite 308
Cumming, GA 30040
(404) 487-6085

Our Job Serial Number: KGS-2025013439

[Notary Seal: RICHARD BENITO, NOTARY PUBLIC, GEORGIA, EXPIRES 09-14-2025, DAWSON COUNTY]

Copyright © 1992-2025 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e