UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.H.,<br><br>  Plaintiff,<br><br>v.<br><br>LINCOLN BANCORP, LLC,<br><br>  Defendant. | CIVIL ACTION FILE<br><br>NO. 1:25-cv-04310-AT |

## CERTIFICATE OF COMPLIANCE

I hereby certify that I have read the Court's Standing Order in Cases Proceeding Before the Honorable Amy Totenberg and that I will comply with its provisions during the pendency of this litigation.

Respectfully submitted on August 14, 2025.

               ANDERSEN, TATE & CARR, P.C.

               */s/ Jonathan S. Tonge*
               PATRICK J. MCDONOUGH
               Georgia Bar No. 489855
               pmcdonough@atclawfirm.com
               JONATHAN S. TONGE
               Georgia Bar No. 303999
               jtonge@atclawfirm.com
               JENNIFER M. WEBSTER
               Georgia Bar No. 760381
               jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

                                    ANDERSEN, TATE & CARR, P.C.

                                    */s/ Jonathan S. Tonge*
                                    PATRICK J. MCDONOUGH
                                    Georgia Bar No. 489855
                                    pmcdonough@atclawfirm.com
                                    JONATHAN S. TONGE
                                    Georgia Bar No. 303999
                                    jtonge@atclawfirm.com
                                    JENNIFER M. WEBSTER
                                    Georgia Bar No. 760381
                                    jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile