IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.H.,<br><br>    Plaintiff<br><br>vs.<br><br>LINCOLN BANCORP, LLC,<br><br>    Defendants | CIVIL ACTION FILE NO.<br><br>1:25-cv-04310-AT |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

(1)   The undersigned counsel of record for LINCOLN BANCORP, LLC certifies that the following is a full and complete list of all parties, including proposed intervenors, in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party or proposed intervenor.

   a. T.H.; and
   b. Lincoln Bancorp, LLC

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either financial interest in or other interest which could be substantially affected by the outcome of this case:

   a. Andersen, Tate & Carr;
   b. Penn-America Insurance Company c/o Global Indemnity Group;

1

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this case:

    a. **Defendant**
        i.   Ankur P. Trivedi, Esq.

    b. **Plaintiff:**
        i.   Patrick J. McDonough, Esq.
        ii.  Jennifer M. Webster, Esq.
        iii. Jonathan Tonge, Esq.

Respectfully submitted, this 14th day of October, 2025.

                                                      */s/ Ankur P. Trivedi*
                                                      Ankur P. Trivedi
                                                      GA Bar No. 859811
                                                      *Attorney for Defendant*

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Blvd., Ste. 2000
Duluth, GA 30097
(770) 904-3590
at@gmke.law

## CERTIFICATE OF SERVICE

This is to certify that I have on the below date served a true and correct copy of Lincoln Bancorp, LLC's *CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURES* upon the following party/parties by e-filing and service through the CM/ECF system, which will automatically serve all parties in interest.

Patrick J. McDonough, Esq.<br>
Jennifer M. Webster, Esq.<br>
Jonathan Tonge, Esq.<br>
Andersen, Tate & Carr, P.C.<br>
1960 Satellite Blvd., Suite 4000<br>
Duluth, Georgia 30097<br>
pmcdonough@atclawfirm.com<br>
jwebster@atclawfirm.com<br>
jtonge@atclawfirm.com<br>
*Attorneys for Plaintiff*

This 14th day of October, 2025.

|  |  |
|---|---|
|  | */s/ Ankur P. Trivedi* |
|  | Ankur P. Trivedi |
|  | GA Bar No. 859811 |
| **GROTH, MAKARENKO, KAISER & EIDEX** | *Attorney for Defendant* |
| One Sugarloaf Centre |  |
| 1960 Satellite Blvd., Ste. 2000 |  |
| Duluth, GA 30097 |  |
| (770) 904-3590 |  |
| at@gmke.law |  |