IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.H., | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 1:25-cv-4310-AT |
| LINCOLN BANCORP, LLC, | |
| Defendant. | |

## **SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed by the Parties, ("JPRDP", Doc. 22), the Court **ORDERS** that the time limits for adding parties, amending the pleadings, and filing motions are as stated in JPRDP.

The parties' request for an eight-month discovery period is **GRANTED.** Discovery shall close on July 3, 2026. The deadline for the Rule 16.3 conference is July 17, 2026. Summary judgment motions are due August 3, 2026. If no summary judgment motions are filed, the pretrial order is due the same date. The Court will address all other pretrial deadlines at a later date. The Clerk is **DIRECTED** to resubmit this Order on July 3, 2026.

**IT IS SO ORDERED** this 4th day of November 2025.

_____
**Honorable Amy Totenberg**
**United States District Judge**