# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| T.H., <br><br>    Plaintiff <br><br> vs. <br><br> LINCOLN BANCORP, LLC, <br><br>    Defendants | CIVIL ACTION FILE NO. <br><br> 1:25-cv-04310-AT |

## RULE 5.4(A) CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4(A), this is to certify that on February 6, 2026, undersigned counsel for Defendant served a true and correct copy of

*Defendant Responses to Plaintiff's First Requests for Admission;*

*Defendant's Responses to Plaintiff's First Continuing Interrogatories; and*

*Defendant's Responses to Plaintiff's First Requests for Production*

upon all counsel of record via electronic mail.

Respectfully submitted on 6th day of February, 2026.

                                                        */s/ Ankur P. Trivedi*

**GROTH, MAKARENKO, KAISER & EIDEX**     Ankur P. Trivedi
One Sugarloaf Centre                                  GA Bar No. 859811
1960 Satellite Blvd., Ste. 2000                    Attorney for Defendant
Duluth, GA 30097
(770) 904-3590
at@gmke.law