

ONE SUGARLOAF CENTRE
1960 SATELLITE BOULEVARD, SUITE 2000
DULUTH, GA 30097
770-904-3590  GMKE.LAW

Ankur P. Trivedi
Partner

D : (678) 730-7512
E : at@gmke.law

February 17, 2026

**VIA CM/ECF:**
The Honorable Amy Totenberg
1967 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3309

Re:   *T.H. v. Lincoln Bancorp, LLC*
      In the U.S. District Court for the Northern District of Georgia, Atlanta Division
      Civil Action File No.: 1:25-cv-04310-AT

Dear Judge Totenberg:

Pursuant to Local Rule 83.1E(3), I request that hearings not be scheduled or this case otherwise calendared during the following time periods as I will be away from the practice of law for the purpose of vacation, time with family, continuing legal education, and personal reasons:

**March 19, 2026 through March 20, 2026;**
**April 3, 2026;**
**May 26, 2026 through May 29, 2026;**
**June 18, 2026 through June 19, 2026;**
**July 29, 2026 through July 31, 2026;**
**November 23, 2026 through November 25, 2026; and**
**December 21, 2026 through December 23, 2026.**

Thank you in advance for your cooperation. Please direct any communications or inquiries that you may have regarding this request to my e-mail address and/or telephone number listed above.

Sincerely,

Ankur P. Trivedi
GROTH, MAKARENKO, KAISER & EIDEX

APT:tw
cc: All Counsel of Records (via CM/ECF)