IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| T.H., <br><br> Plaintiff <br><br> vs. <br><br> LINCOLN BANCORP, LLC, <br><br> Defendants | CIVIL ACTION FILE NO. <br><br> 1:25-cv-04310-AT |

## RULE 5.4(A) CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4(A), this is to certify that on February 18, 2026, undersigned counsel for Defendant served a true and correct copy of *Defendant Lincoln Bancorp, LLC's 1st Interrogatories, Requests for Production of Documents, and Requests for Admissions to Plaintiff T.H.* upon all counsel of record via electronic mail.

Respectfully submitted on 18th day of February, 2026.

*/s/ Ankur P. Trivedi*
Ankur P. Trivedi
GA Bar No. 859811
Attorney for Defendant

**GROTH, MAKARENKO, KAISER & EIDEX**
One Sugarloaf Centre
1960 Satellite Blvd., Ste. 2000
Duluth, GA 30097
(770) 904-3590
at@gmke.law