**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| T.H., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )    CIVIL ACTION FILE NO. |
| LINCOLN BANCORP, LLC, | )    1:25-cv-04310-AT |
| | ) |
|     Defendant. | ) |
| | / |

**NOTICE OF ENTRY OF APPEARANCE**
**AND SUBSTITUTION OF COUNSEL**

COMES NOW, Christopher T. Byrd, the undersigned attorney, and hereby enter an appearance as counsel on behalf of the Defendant Lincoln Bancorp, LLC ("Defendant") in the above-styled civil action, substituting for Ankur P. Trivedi, who should be removed as counsel in this matter for Defendant. The clerk is hereby requested to mark the record to reflect same. All future correspondence and pleadings for Defendant should be directed to the following:

Christopher T. Byrd
Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
(Fax) 404-875-9433
cbyrd@wwhgd.com

Respectfully submitted, this 10th day of June, 2025.

**WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
cbyrd@wwhgd.com

*Counsel for Defendant Lincoln
Bancorp, LLC*

**GROTH, MAKARENKO, KAISER
& EIDEX**

*/s/ Ankur P. Trivedi* (signed with
express permission)
Ankur P. Trivedi
GA Bar No. 859811
One Sugarloaf Centre
1960 Satellite Blvd., Ste. 2000
Duluth, GA 30097
(770) 904-3590
at@gmke.law

2

3

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Under Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that this submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

/s/ Christoher T. Byrd
Christoper T. Byrd

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 10, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by electronic mail to all counsel or parties of record.

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854

4