# ANDERSEN | TATE | CARR

**Patrick J. McDonough**
Email:  pmcdonough@atclawfirm.com

Telephone:  770.822.0900
Direct Dial:  678.518.6859
Direct Fax:   770.236.9795

June 10, 2026

**VIA CM/ECF**

Honorable Amy Totenberg
2321 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303-3309

      Re:   *T.H. v. Lincoln Bancorp, LLC*
           United States District Court for the Northern District of Georgia
           Civil Action File No.: 1:25-cv-04310-AT

Dear Judge Totenberg:

      I represent the Plaintiff in the above-referenced case. Pursuant to Local Rule 83.1(E)(4), I am writing to request a leave of absence for the following days and reasons:

- November 23, 2026 – December 4, 2026, for vacation.
- December 21, 2026 – January 13, 2027, for vacation.

      For these reasons, I respectfully request that, should the Court schedule any hearings, it not do so during the above-referenced dates.  I appreciate your consideration in this matter.

           Very truly yours,

           */s/ Patrick J. McDonough*

           Patrick J. McDonough

PJM: mnw
cc:  All counsel of record via CM/ECF