# ANDERSEN | TATE | CARR

**Jonathan Tonge**                                                    Telephone: 770.822.0900
Email: jtonge@atclawfirm.com

June 10, 2026

**VIA CM/ECF**

Honorable Amy Totenberg
2321 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia  30303-3309

> Re:    *T.H. v. Lincoln Bancorp, LLC*
>        United States District Court for the Northern District of Georgia
>        Civil Action File No.: 1:25-cv-04310-AT

Dear Judge Totenberg:

I represent the Plaintiff in the above-referenced case. Pursuant to Local Rule 83.1(E)(4), I am writing to request a leave of absence for the following days and reasons:

- November 23, 2026 – December 4, 2026, for vacation.
- December 21, 2026 – January 13, 2027, for vacation.

For these reasons, I respectfully request that, should the Court schedule any hearings, it not do so during the above-referenced dates. I appreciate your consideration in this matter.

Sincerely,

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan Tonge*

Jonathan Tonge, Esq.