# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **T.H.,** | **CIVIL ACTION FILE NO.** |
| **Plaintiff** | **1:25-cv-04310-AT** |
| **vs.** | |
| **LINCOLN BANCORP, LLC,** | |
| **Defendants** | |

## RULE 5.4(A) CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4(A), this is to certify that on February 18, 2026, undersigned counsel for Defendant served a true and correct copy of *Defendant Lincoln Bancorp, LLC's 1st Interrogatories, Requests for Production of Documents, and Requests for Admissions to Plaintiff T.H.* upon all counsel of record via electronic mail.

Respectfully submitted on 18th day of February, 2026.

/s/ Ankur P. Trivedi

Ankur P. Trivedi
**GROTH, MAKARENKO, KAISER & EIDEX**    GA Bar No. 859811
One Sugarloaf Centre    Attorney for Defendant
1960 Satellite Blvd., Ste. 2000
Duluth, GA 30097
(770) 904-3590
at@gmke.law