# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

T.H.,

    Plaintiff,

v.

LINCOLN BANCORP, LLC,

    Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-04310-AT

**PLAINTIFF T.H.'S OBJECTIONS AND RESPONSES TO LINCOLN BANCORP, LLC'S FIRST INTERROGATORIES TO PLAINTIFF T.H.**

Plaintiff T.H. responds to Defendant Lincoln Bancorp, LLC's Interrogatories to Plaintiff T.H. as follows:

1.

Prior to being trafficked, please state the address where you resided, the names of all residents at that address, and the relationship of each of the residents to you.

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Interrogatory on the grounds that it is overly broad, unduly burdensome, not reasonably limited in time and scope, not reasonably calculated to lead to the discovery of admissible evidence, and not proportional to the needs of this case because, when read together with Interrogatory No. 2, Defendant seeks Plaintiff's lifetime address history, which spans more than twenty-two years.**

**Subject to those objections and by responding not waiving them, Plaintiff**

| NAME | CONTACT INFORMATION | RELATIONSHIP TO THE CASE |
|---|---|---|
| Detectives, Investigators, Officers, and other employees of the Fulton County Police Department | Fulton County Police Department<br><br>141 Pryor Street, S.W., Atlanta, Georgia 30303 | |
| Any other Federal, state, or local law enforcement officials who investigated crime at the Super 8 | | |
| Any witness identified in Defendant's initial disclosures and all discovery responses | | |
| Any witness identified in Plaintiff's and Defendant's document productions, or any other document exchanged among the parties | | |
| Any witness identified during any future deposition in this case | | |
| Any person who investigated or responded to incidents involving Plaintiff | | |

12.

Please identify any expert witness who may be called to testify in this case, including the opinions of such expert witness.

**PLAINTIFF'S RESPONSE: At this time, Plaintiff has not determined**

20

**whether she will call any specially retained experts at trial. Plaintiff will disclose such information at the appropriate time and to the extent required under the Federal Rules, this Court's local Rules, and any scheduling orders of this Court.**

13.

With respect to the individual who trafficked you, please identify such individual and provide the following:

a) if said individual has been prosecuted, please provide the case number and jurisdiction; and

b) how you first made contact with him (or, how he first made contact with you).

**PLAINTIFF'S RESPONSE:  Plaintiff objects to this Interrogatory to the extent the information is not in Plaintiff's possession, custody, or control.**

**Subject to those objections and by responding not waiving them, T.H. was trafficked at the Super 8 by Eron McCary ("E"), who pled guilty to Trafficking a Person for Sexual Servitude, Statutory Rape, Pimping a Person Under 18 Years Old, Pandering a Person Under 18 Years Old, Sexual Battery, and Sodomy. McCary was sentenced to twenty-five years, with fifteen years to serve in custody and the remaining ten years on probation. McCary entered a guilty plea in *State of Georgia v. Eron McCary*, Criminal Action No. 22SC185555, in the Superior Court of Fulton County.**

21

**PLAINTIFF'S RESPONSE: Plaintiff objects to this Interrogatory on the ground that it seeks information not within Plaintiff's possession, custody, or control.**

**Subject to these objections and by responding not waiving them, law enforcement found Plaintiff in an abandoned house and determined she was a runaway juvenile, which prompted an investigation into her trafficking.**

Respectfully submitted on March 17, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile