# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

T.H.,

    Plaintiff,

v.

LINCOLN BANCORP, LLC,

    Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-04310-AT

**PLAINTIFF T.H.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT LINCOLN BANCORP, LLC'S INTERROGATORIES TO PLAINTIFF T.H.**

Plaintiff T.H. responds to Defendant Lincoln Bancorp, LLC's Interrogatories to Plaintiff T.H. as follows:

11.

Please identify any other person who you believe has information concerning your allegations in the Complaint, whether said person is law enforcement or lay/eye witness, and describe the information known to that person.

**PLAINTIFF'S RESPONSE: The following individuals have information concerning Plaintiff's allegations:**

| NAME | CONTACT INFORMATION | RELATIONSHIP TO THE CASE |
|---|---|---|
| REDACTED pseudonym "N.N." | c/o Andersen, Tate & Carr, P.C. | Plaintiff Sex Trafficking Victim |
| REDACTED pseudonym "J.R." | c/o Andersen, Tate & Carr, P.C. | Plaintiff Sex Trafficking Victim |

1

| NAME | CONTACT INFORMATION | RELATIONSHIP TO THE CASE |
|---|---|---|
| Any witness identified during any future deposition in this case | | |
| Any person who investigated or responded to incidents involving Plaintiff | | |
| Custodians of Records for all documents produced by Plaintiff | | |
| Unidentified Johns | | |
| Persons providing reviews | | |

12.

Please identify any expert witness who may be called to testify in this case, including the opinions of such expert witness.

**PLAINTIFF'S RESPONSE: At this time, Plaintiff has not determined whether she will call any specially retained experts at trial. Plaintiff will disclose such information at the appropriate time and to the extent required under the Federal Rules, this Court's local Rules, and any scheduling orders of this Court.**

**2026-06-26 PLAINTIFF'S SUPPLEMENTAL RESPONSE: Plaintiff currently anticipates calling Anique S. Whitmore, MA, LPC, to testify at trial. In further response, Plaintiff directs Defendant to the Bates-labeled documents produced herewith.**

16

Respectfully submitted on June 26, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile