IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| T.H., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:25-cv-4310-AT |
| LINCOLN BANCORP, LLC, | : | |
| Defendant. | : | |

## **ORDER**

This matter comes before the Court on Defendant Lincoln Bancorp, LLC's Motion to Extend the Discovery Period [Doc. 49]. Discovery closed on July 3, 2026, and Defendant filed its Motion on July 2, 2026. Defendant seeks to extend the discovery period and related case deadlines by ninety days, which would move the new discovery period closing date to October 1, 2026.

Given that the discovery deadline has already passed, and that it appears that Defendant's Motion was not joined by Plaintiff, the Court finds it prudent to review briefing on Defendant's request. As such, Plaintiff is **DIRECTED** to file a Response to Defendant's Motion to Extend the Discovery Period no later than July 10, 2026. If Plaintiff does not oppose Defendant's Motion, Plaintiff should indicate as such in the Response. If Plaintiff does oppose Defendant's Motion, Defendant may file a Reply to Plaintiff's Response by July 15, 2026.

**IT IS SO ORDERED** this 6th day of July, 2025.

_____
**Honorable Amy Totenberg**
**United States District Judge**