**From:** Jennifer M. Webster
**Mail received time:** Tue, 7 Jul 2026 15:31:22
**Sent:** Tuesday, July 7, 2026 11:31:38 AM
**To:** Jennifer M. Webster
**Subject:** FW: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH
**Importance:** Normal
**Sensitivity:** None
**Attachments:**
2025e-sig_054ad49d-157a-4a5f-8ea2-539d5e16bef2.png;

---

**Jennifer Webster**
**Attorney at Law**

Tel:    770-822-0900
Email: jwebster@atclawfirm.com
Web: www.atclawfirm.com





Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia   30097
Map and Directions

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Wednesday, July 1, 2026 1:53 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>; Mashelkar, Shubhra <SMashelkar@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Jon:

Your response is noted.  We'll file the motion today or tomorrow.

As to No. 5 – if we do get rebuttal experts, we would agree that you can depose them outside of discovery.

---

**From:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Sent:** Wednesday, July 1, 2026 1:42 PM
**To:** Byrd, Chris <CByrd@wwhgd.com>; Mashelkar, Shubhra <SMashelkar@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

**This Message originated outside your organization.**

Chris,

For purposes of you filing your motion tomorrow, you can state that the Plaintiff(s) oppose the motion. The reasons why are:

1. Three affiants – the parties have already agreed these depos can occur outside discovery, so that's a non-issue for a motion to extend.
2. The recent document requests are already untimely and we haven't heard any justification for sending subpoenas outside the time provided by the Court.
3. Whitmore – the parties have already agreed to have her deposition occur outside discovery, so again, a non-issue.
4. Rebuttal expert – thirty days from disclosure of the affirmative expert is the time for rebuttal experts in every case under Rule 26. There's no reason (that I've heard) why there is "no way" you can't get a rebuttal expert in the time provided by the rules.
5. **The only thing I think we still need to agree on** is that we can depose your rebuttal expert outside discovery. This seems like a simple matter that we can just agree to—just as we have with Whitmore—and doesn't justify an extension.

Please let me know if you agree to number 5. We oppose the motion, though, because all of this has been addressed.

Thanks,

Jon

---

**Jonathan S. Tonge**
**Partner**

Tel:   770-822-0900
Email: jtonge@atclawfirm.com
Web: www.atclawfirm.com



Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia   30097
Map and Directions

ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Wednesday, July 1, 2026 1:19 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>; Mashelkar, Shubhra <SMashelkar@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

We've already agreed to depos your 3 affiants, so I do intend to do that (just once for all cases).  And have been, and will continue to, conduct non-party discovery via document requests.  So, I don't want to limit myself to JUST deposing Whitmore and maybe getting rebuttal experts, but I need the extension because, if we're going get an expert, there's no

way we can do that timely.  I don't plan to go around and start deposing family members and stuff like that.

---

**From:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Sent:** Wednesday, July 1, 2026 1:03 PM
**To:** Byrd, Chris <CByrd@wwhgd.com>; Mashelkar, Shubhra <SMashelkar@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

---

**This Message originated outside your organization.**

---

So I understand, are you asking to generally "extend discovery" or are you asking for 90 days to depose Whitmore, file a rebuttal report, and have rebuttal experts deposed?

---

**Jonathan S. Tonge**
**Partner**

Tel:  770-822-0900
Email: jtonge@atclawfirm.com
Web: www.atclawfirm.com





Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia   30097
Map and Directions

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Wednesday, July 1, 2026 1:00 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>; Mashelkar, Shubhra <SMashelkar@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Also, before y'all get gone for the 4th … I intend to move to extend discovery in TH.  I plan to ask for 90 days to depose Whitmore and retain rebuttal experts (if necessary) and get those rebuttal experts deposed.  Are y'all agreeable to that? I have to represent to the court that we conferred, whether you agree or not, and why.  I'd like to file the Motion tomorrow.

And… I'll likely do the same in NN.  So, we can count this as a meet and confer on that as well.

---

**From:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Sent:** Wednesday, July 1, 2026 12:49 PM
**To:** Byrd, Chris <CByrd@wwhgd.com>; Mashelkar, Shubhra <SMashelkar@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

---

**This Message originated outside your organization.**

---

Hey guys – I think we're all agreed on the PTO and we have y'all's statement of the case. Is this good to file?

Anything else from your side?

---

**Jonathan S. Tonge**
**Partner**



ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

Tel:    770-822-0900
Email: jtonge@atclawfirm.com
Web: www.atclawfirm.com



Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia   30097
Map and Directions

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Tuesday, June 30, 2026 5:38 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>; Mashelkar, Shubhra <SMashelkar@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Here's our exhibit D.  I do plan to review everything one last time tonight and will let y'all know if we have any changes tomorrow a.m.  I don't anticipate any, but want to give it one more look.

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Tuesday, June 30, 2026 4:29 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>; Mashelkar, Shubhra <SMashelkar@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

Just got out of my depo.  finishing up the statement of the case.  Should have a draft to you around 5.

---

**From:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Sent:** Tuesday, June 30, 2026 11:00 AM
**To:** Mashelkar, Shubhra <SMashelkar@wwhgd.com>; Byrd, Chris <CByrd@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

**This Message originated outside your organization.**

---

Hey guys, following up on this.

---

**Jonathan S. Tonge**
**Partner**

Tel:    770-822-0900
Email: jtonge@atclawfirm.com
Web: www.atclawfirm.com





| | Andersen, Tate & Carr, P.C. |
| --- | --- |
| **ANDERSEN \| TATE \| CARR** <br> A FULL SERVICE GEORGIA LAW FIRM | 1960 Satellite Boulevard <br> Suite 4000 <br> Duluth, Georgia   30097 <br> Map and Directions |

**From:** Mashelkar, Shubhra <SMashelkar@wwhgd.com>
**Sent:** Friday, June 26, 2026 1:02 PM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>; Byrd, Chris <CByrd@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Jonathan,

Apologize for the delay in getting back to you.   Byrd is in a depo and I have an appellate brief due today.

Now that the Court has given us until July 2 to file this, we will get you our fact portion and respond to the below by Monday.   Again, apologize for not being able to get to this today.



Shubhra R. Mashelkar
Attorney
3344 Peachtree Road NE | Suite 2400 | Atlanta, GA 30326
D: 404.591.9663 | F: 404.875.9433
www.wwhgd.com  | vCard

**From:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Sent:** Thursday, June 25, 2026 1:53 PM
**To:** Byrd, Chris <CByrd@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>; Mashelkar, Shubhra <SMashelkar@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

**This Message originated outside your organization.**

Hey Chris, thanks for these. Our statement of case is attached. On the PTO #12, we're fine with the first part but not the second re the questionnaire. If you're good with the attached (that's my only substantive change), then I think we are done. If that's a big deal, then we can leave the sentence in about the 30 jurors/4 strikes and add a By Plaintiff/By Defendant section also.

Just let me know.

Thanks,

Jon

**Jonathan S. Tonge**
**Partner**



Tel:    770-822-0900
Email: jtonge@atclawfirm.com
Web: www.atclawfirm.com

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia   30097
Map and Directions

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Thursday, June 25, 2026 10:29 AM
**To:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>; Mashelkar, Shubhra <SMashelkar@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Revised version attached.  Just added some language to our section of the pre-trial motions.  Let me know how you want to handle the statement of the case.

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Thursday, June 25, 2026 10:22 AM
**To:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>; Mashelkar, Shubhra <SMashelkar@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

I have a couple of edits to make to the PTO.  I'll send a revised version shortly.

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Wednesday, June 24, 2026 5:35 PM
**To:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>; Mashelkar, Shubhra <SMashelkar@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

Folks:

Here's the draft PTO back, with our additions.  A couple of things to note:

1. Y'all didn't send me your statement of the case.  Do y'all want to exchange them so we each have a chance to include anything in ours in response?  I can send you ours tomorrow morning.
2. Some auto numbering thing I couldn't figure out how to turn off in Section 1 is causing the numbering to continue between Defendant's list of motions and Plaintiff's.  Maybe y'all can fix it.

3. Shubhra is listed (and cc'd here) as counsel, though she's not appeared yet.  She'll be filing a NOA in the next couple of days.
4. Take a look at section 12 and let me know your thoughts.  That's the only place that I wrote on behalf of both parties.
5. If y'all make any revisions (other than stylistic), please give me a chance to review them before filing.

Thanks.

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Wednesday, June 24, 2026 3:25 PM
**To:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

Working on the PTO, but wanted to mention that Tony Tran is planning to be out of the country from July 25 through end of August.  In addition, he lives out in California.  I see that y'all are pushing for a special setting, which is even more necessary given Tran's travel schedule and residence.  I just wanted to make y'all aware of this.  I'll put in the PTO draft.

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Wednesday, June 24, 2026 10:31 AM
**To:** Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

It's my focus today.  will get it to you this afternoon.

---

**From:** Pat McDonough <pmcdonough@atclawfirm.com>
**Sent:** Wednesday, June 24, 2026 10:27 AM
**To:** Byrd, Chris <CByrd@wwhgd.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

**This Message originated outside your organization.**

Hey Chris, I hope you are well.  Just following up on the PTO.  Thanks, Pat

---

**Patrick J. McDonough, ESQ.**
**Partner**

Tel:  770-822-0900
Dir:  678-518-6859
Email: pmcdonough@atclawfirm.com
Web: www.atclawfirm.com



ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia   30097
Map and Directions

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Monday, June 22, 2026 11:10 AM
**To:** Jonathan S. Tonge <jtonge@atclawfirm.com>; Pat McDonough <pmcdonough@atclawfirm.com>

**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Guys… I'm gong to need an extra day or two on the PTO, sorry.

Also, FYI, I do plan to file a brief motion to strike Whitmore.  I think we should still move forward with deposing her.  AT this point, the earliest I could do so would be the second half of July.

---

**From:** Jonathan S. Tonge <jtonge@atclawfirm.com>
**Sent:** Thursday, June 18, 2026 3:27 PM
**To:** Byrd, Chris <CByrd@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH


**This Message originated outside your organization.**

Hey Chris, T.H. does not have any other current or prior lawsuits.

Monday is fine for the PTO.

Thanks,

Jon

---

**Jonathan S. Tonge**
**Partner**

Tel:   770-822-0900
Email: jtonge@atclawfirm.com
Web: www.atclawfirm.com





Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia   30097
Map and Directions

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Thursday, June 18, 2026 2:32 PM
**To:** Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH


CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Does T.H. have any current lawsuits or prior lawsuits for trafficking?

I'm working on the PTO.  Will have a draft to you tomorrow, barring something unforeseen.

**From:** Pat McDonough <pmcdonough@atclawfirm.com>
**Sent:** Wednesday, June 17, 2026 9:54 AM
**To:** Byrd, Chris <CByrd@wwhgd.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

**This Message originated outside your organization.**

Chris,

Good to talk to you too.  I can try to produce the witnesses.  Let me know some dates.  TH has only settled with the underlying in this case.  Pat

---

**Patrick J. McDonough, ESQ.**
**Partner**

Tel:  770-822-0900
Dir:  678-518-6859
Email: pmcdonough@atclawfirm.com
Web: www.atclawfirm.com



**ANDERSEN | TATE | CARR**
A FULL SERVICE GEORGIA LAW FIRM

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia   30097
Map and Directions

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Tuesday, June 16, 2026 3:39 PM
**To:** Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Pat:

Good  talking to you today.  I'm still thinking about how to proceed regarding Whitmore in the J.R. case, but, at the very least, I do want to depose her.  If she is going to be disclosed in T.H. and N.N., I'll want to depose her in those cases too.

I also want to depose your affiants:  Santana Phillips, Winkeisha Vanterpool, and ▮▮▮▮▮▮▮ (let me know if I'm missing any).  Are you able to produce them, or do I need to subpoena them?  If the latter, please provide their phone numbers, email addresses and physical addresses.

Also, I don't know if I asked you this already – does T.H. have any other lawsuits (current or prior) against any other hotels?  If so, can you identify them?

Thanks.

**From:** Pat McDonough <pmcdonough@atclawfirm.com>

**Sent:** Wednesday, June 10, 2026 3:45 PM
**To:** Byrd, Chris <CByrd@wwhgd.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Subject:** Re: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

**This Message originated outside your organization.**

Chris,

I added Jon to the email chain.  We are both still out of the country but arrive late tomorrow.  Let us regroup and then we can touch base Friday afternoon and get a plan.  If I am dead dogged jet lagged maybe Monday, but let's shoot for 2:30 Friday.  Will you send a call or zoom invite? From our side please have me, Jon, and Jennifer invited

Pat
Sent from my iPhone

---

**Patrick J. McDonough, ESQ.**
**Partner**

Tel:   770-822-0900
Dir:   678-518-6859
Email: pmcdonough@atclawfirm.com
Web:  www.atclawfirm.com

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia  30097
Map and Directions

---

**Patrick J. McDonough, ESQ.**
**Partner**

Tel:   770-822-0900
Dir:   678-518-6859
Fax:   770-236-9795
Email: pmcdonough@atclawfirm.com

---

On Jun 10, 2026, at 6:16 'a0PM, Byrd, Chris <CByrd@wwhgd.com> wrote:



CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Thanks, Jennifer.

I'm still digging into all of this.  I should have the notice of appearance filed today.  I know Pat is over in Portugal … but a couple of quick questions:

1.  In J.R., y'all disclosed Whitmore on 5/11 – the day that discovery expired.  How do y'all want to handle that?  I don't think the disclosure would be considered timely, as the scheduling order states that fact and expert discovery should be completed by 5/11.  I know the initial discovery period was pretty

short at 6 months.  Are y'all agreeable to reopening discovery to permit us to depose Whitmore and potentially retain (and prepare) a rebuttal expert?  I think my only alternative to that would be to move to strike her.

2. Regarding J.R., per her discovery responses she was trafficked at other places, but, at least at the time of the responses, she hadn't filed suit.  Is that still the case?  If she has another lawsuits against other hotels, can you please let me know?

3. Regarding N.N., it looks like she prosecuted at least two other cases, which were settled – T&S and Summit.  Will you please provide me the settlement agreements in those cases (and the amounts)?

Thanks.

---

**From:** Jennifer M. Webster <jwebster@atclawfirm.com>
**Sent:** Tuesday, June 9, 2026 7:06 AM
**To:** Byrd, Chris <CByrd@wwhgd.com>
**Cc:** Johnson, Helen Y. <HJohnson@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Subject:** Re: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

**This Message originated outside your organization.**

---

Chris,

Sharefile wouldn't let me access the link you sent me. The deposition transcripts for TH & NN can be found at link below!

 2026-06-09 JR, NN, TH v. Lincoln Bancorp, LLC

All the best,
Jennifer Webster

---

**Jennifer Webster**
**Attorney at Law**

Tel:    770-822-0900
Email: jwebster@atclawfirm.com
Web:   www.atclawfirm.com



ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia  30097
Map and Directions

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Monday, 08 June 2026 08:47:43
**To:** Jennifer M. Webster <jwebster@atclawfirm.com>
**Cc:** Johnson, Helen Y. <HJohnson@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Subject:** Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Jennifer:

I'm going to be getting involved in these cases.  Should be filing a NOA tomorrow.  I've begun receiving copies of Ankur's files, but he tells me he didn't order the depo transcripts for TH and NN.  Would you mind sending them my way?  I spoke to Pat on Friday, and he told me to reach to you.

Click here to upload files.

Thanks so much!



Christopher T. Byrd
Attorney
3344 Peachtree Road NE | Suite 2400 | Atlanta, GA 30326
D: 404.832.9546 | F: 404.875.9433
www.wwhgd.com  | vCard

The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.

