**From:** Ankur P. Trivedi
**Sent:** Thursday, February 5, 2026 3:33:18 PM
**To:** Jonathan S. Tonge  Pat McDonough  Jennifer M. Webster
**Subject:** DISCOVERY - NN, JR, TH
**Importance:** Normal
**Sensitivity:** None

---

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Counsel,

I was hoping these cases would settle, so I've been in a holding pattern. I will be issuing your responses tomorrow, with doc production sets. I will also issue discovery requests to your clients next week.

I had discussed this with Stoddard, and he generally agrees with the proposition: With respect to the parties in all the cases and mutual witnesses, would you all agree to one deposition of any party/witness, in which we can ask about any applicable cases?

For example, if DB is a witness for TH, then at DB's deposition, I can do my part, and then you can ask about TH.

For 30(b)(6) of Lincoln Bancorp, maybe we can go through common questions, and then you all can go through each Plaintiff's case. You can decide those logistics, but the point being that it's one sitting.

Thanks,

 \itap2

\itap4Ankur P. Trivedi\itap4,\itap4Partner
**\itap4Groth, Makarenko, Kaiser & Eidex**
\itap4One Sugarloaf Centre
\itap41960 Satellite Boulevard
\itap4Suite 2000 | Duluth, GA | 30097
\itap6D: (678) 730-7512\itap6 |\itap6P: (770) 904-3590\itap6 |\itap6F: (678) 730-7541

\itap2Confidentiality Notice:
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.