**From:** Jennifer M. Webster
**Sent:** Wednesday, November 12, 2025 10:28 AM
**To:** Ankur P. Trivedi
**Cc:** Alexis O. Rivera; Pat McDonough; Jonathan S. Tonge; Tori Watkins
**Subject:** RE: N.N. v. Lincoln Bancorp, LLC- Plaintiff's Initial Disclosures and document production

Thanks! I have dropped this off.

| | |
|---|---|
| **Jennifer Webster**<br>**Attorney at Law** | Tel:    770-822-0900<br>Email:jwebster@atclawfirm.com<br><br>**ANDERSEN \| TATE \| CARR**<br>A FULL SERVICE GEORGIA LAW FIRM |

**From:** Ankur P. Trivedi
**Sent:** Wednesday, November 12, 2025 10:02 AM
**To:** Jennifer M. Webster
**Cc:** Alexis O. Rivera ; Pat McDonough ; Jonathan S. Tonge ; Tori Watkins
**Subject:** Re: N.N. v. Lincoln Bancorp, LLC- Plaintiff's Initial Disclosures and document production

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Sounds good. Tori will be in the office. if not, ask for Amanda Stapler. One of them will be able to copy the data over.

Sincerely,



Ankur P. Trivedi,Partner

**Groth, Makarenko, Kaiser & Eidex**

One Sugarloaf Centre

1960 Satellite Boulevard

Suite 2000 | Duluth, GA | 30097

D: (678) 730-7512|P: (770) 904-3590|F: (678) 730-7541

Confidentiality Notice:
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**From:** Jennifer M. Webster <jwebster@atclawfirm.com>
**Sent:** Wednesday, November 12, 2025 9:44:28 AM
**To:** Ankur P. Trivedi <at@gmke.law>
**Cc:** Alexis O. Rivera <arivera@atclawfirm.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Tori Watkins <tw@gmke.law>
**Subject:** RE: N.N. v. Lincoln Bancorp, LLC- Plaintiff's Initial Disclosures and document production

Ankur,

I am planning to walk the external hard drive we received from the DA's office down to you today. Once you've copied that onto your system, will you please return it to us? We will still supplement our document production with Bates labeled copies, but it looks like resolving our IT issue is going to take a little bit longer than anticipated.

All the best,
Jennifer

| | |
|---|---|
| **Jennifer Webster**<br>**Attorney at Law** | Tel:   770-822-0900<br>Email:jwebster@atclawfirm.com<br> |

**From:** Ankur P. Trivedi <at@gmke.law>
**Sent:** Tuesday, November 11, 2025 11:48 AM
**To:** Jennifer M. Webster <jwebster@atclawfirm.com>; Alexis O. Rivera <arivera@atclawfirm.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Cc:** Tori Watkins <tw@gmke.law>
**Subject:** RE: N.N. v. Lincoln Bancorp, LLC- Plaintiff's Initial Disclosures and document production

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Jennifer,

You are welcome to put it on a thumb drive and drop it off. We can copy the information and return the drive.

Thanks,



Ankur P. Trivedi,Partner
**Groth, Makarenko, Kaiser & Eidex**

One Sugarloaf Centre

1960 Satellite Boulevard

Suite 2000 | Duluth, GA | 30097

D: (678) 730-7512|P: (770) 904-3590|F: (678) 730-7541

Confidentiality Notice:
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Jennifer M. Webster <jwebster@atclawfirm.com>
**Sent:** Tuesday, November 11, 2025 6:46 AM
**To:** Ankur P. Trivedi <at@gmke.law>; Alexis O. Rivera <arivera@atclawfirm.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Cc:** Tori Watkins <tw@gmke.law>
**Subject:** Re: N.N. v. Lincoln Bancorp, LLC- Plaintiff's Initial Disclosures and document production

Ankur,

Pat is out of office. No problem at all.

FYI - In addition to this document production, Plaintiffs need to produce a DA file related to the prosecution of TH's trafficker. But due to the size, we were having some trouble uploading to the system. We will supplement this document production as soon as possible.

Best,
Jennifer Webster

---

| **Jennifer Webster** | Tel:    770-822-0900 |
| **Attorney at Law** | Email:jwebster@atclawfirm.com |
| | Web: www.atclawfirm.com |





Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097
Map and Directions

---

**From:** Ankur P. Trivedi <at@gmke.law>
**Sent:** Monday, November 10, 2025 10:50 PM
**To:** Alexis O. Rivera <arivera@atclawfirm.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>
**Cc:** Tori Watkins <tw@gmke.law>
**Subject:** RE: N.N. v. Lincoln Bancorp, LLC- Plaintiff's Initial Disclosures and document production

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Pat:

I have missed the 14-day deadline for Initial Disclosures. This is largely due to the newborn and paternity leave. I can get these to you tomorrow - can you hold off on requesting sanctions?

Thanks,



Ankur P. Trivedi,Partner

**Groth, Makarenko, Kaiser & Eidex**

One Sugarloaf Centre

1960 Satellite Boulevard

Suite 2000 | Duluth, GA | 30097

D: (678) 730-7512|P: (770) 904-3590|F: (678) 730-7541

Confidentiality Notice:
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Alexis O. Rivera <arivera@atclawfirm.com>
**Sent:** Monday, November 10, 2025 6:33 PM
**To:** Ankur P. Trivedi <at@gmke.law>; Pat McDonough <pmcdonough@atclawfirm.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>
**Subject:** N.N. v. Lincoln Bancorp, LLC- Plaintiff's Initial Disclosures and document production

Good evening:

Please find enclosed Plaintiff N.N.'s initial disclosures. Plaintiff's document production is available via the secure link below.

2025-11-10- Initial Discl Document Production

Thank you!

**Alexis Rivera**
**Paralegal**

Tel:      770.822.0900

Fax:     770-236-9741

Email: arivera@atclawfirm.com

Web:    www.atclawfirm.com



ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia 30097
Map and Directions

This email has been scanned for spam and viruses. Click here to report this email as spam.