## Jennifer M. Webster

| | |
|---|---|
| **From:** | Carson Wynn <carson@legalhelpga.com> |
| **Sent:** | Monday, February 23, 2026 5:08 PM |
| **To:** | Ankur P. Trivedi; Matthew Stoddard; Jonathan S. Tonge; Pat McDonough; Jennifer M. Webster; Tori Watkins |
| **Cc:** | Shauna Bates |
| **Subject:** | Re: ▮▮▮▮ - Lincoln Bancorp Cases |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Ankur,

We believe we could take the depositions of both Mr. Tran and Mr. Vu in one day if we do not have a hard stop at 5:00 p.m.  All counsel is available April 1 and April 3.  We will issue a subpoena to Mr. Vu once we have confirmation from you that one or either of those days work.  Additionally, we would like for Mr. Tran to come to Atlanta for the deposition; I believe you already discussed this possibility with Matt.

Best,

**Carson Wynn, Attorney**
**The Stoddard Firm**
**1534 N Decatur Road**
**Atlanta, GA 30307**
**P: (470) 467-2200**
**F: (470) 467-1300**
**www.thestoddardfirm.com**

*Please Note*: Unless you have signed a fee agreement with The Stoddard Firm, this firm does not represent you as your attorney.

---

**From:** Ankur P. Trivedi <at@gmke.law>
**Date:** Friday, February 20, 2026 at 9:30 AM
**To:** Matthew Stoddard <matt@legalhelpga.com>, Carson Wynn <carson@legalhelpga.com>, Jonathan S. Tonge <jtonge@atclawfirm.com>, Pat McDonough <pmcdonough@atclawfirm.com>, Jennifer M. Webster <jwebster@atclawfirm.com>, Tori Watkins <tw@gmke.law>
**Cc:** Shauna Bates <shauna@legalhelpga.com>
**Subject:** RE: ▮▮▮▮ - Lincoln Bancorp Cases

Alameda, CA. Next to Oakland.



Ankur P. Trivedi, Partner

**Groth, Makarenko, Kaiser & Eidex**

One Sugarloaf Centre

1960 Satellite Boulevard

Suite 2000 | Duluth, GA | 30097

D:  (678) 730-7512 | P:  (770) 904-3590 | F:  (678) 730-7541

Confidentiality Notice:
This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Matthew Stoddard <matt@legalhelpga.com>
**Sent:** Friday, February 20, 2026 9:24 AM
**To:** Ankur P. Trivedi <at@gmke.law>; Carson Wynn <carson@legalhelpga.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>; Tori Watkins <tw@gmke.law>
**Cc:** Shauna Bates <shauna@legalhelpga.com>
**Subject:** Re: ▓▓▓▓▓ - Lincoln Bancorp Cases

Where is Tran located?

**Matthew B. Stoddard**
**The Stoddard Firm**
**1534 N Decatur Road**
**Atlanta, GA 30307**
**P: (470) 467-2200**
**F: (470) 467-1300**
**www.thestoddardfirm.com**

*Please Note*: Unless you have signed a fee agreement with The Stoddard Firm, this firm does not represent you as your attorney.

**From:** Ankur P. Trivedi <at@gmke.law>
**Date:** Friday, February 20, 2026 at 9:12 AM
**To:** Carson Wynn <carson@legalhelpga.com>, Jonathan S. Tonge <jtonge@atclawfirm.com>, Pat McDonough <pmcdonough@atclawfirm.com>, Jennifer M. Webster <jwebster@atclawfirm.com>, Tori Watkins <tw@gmke.law>
**Cc:** Matthew Stoddard <matt@legalhelpga.com>, Shauna Bates <shauna@legalhelpga.com>
**Subject:** RE: ▓▓▓▓▓ - Lincoln Bancorp Cases
Hi Carson:

First, are you requesting an in-person deposition of Tony Tran? If so, I will need to coordinate with the carrier ASAP for travel and lodging.

Second, our office may not be able to coordinate Louis Vu's deposition, but to guarantee his attendance, you should subpoena him.

Third, I have copied Tori Watkins for scheduling. The weeks of March 30 and April 6 are the most available for me, with the exception of April 7 (full day obligation). We will see if Mr. Tran is available during those weeks.

Thanks,



Ankur P. Trivedi, Partner

**Groth, Makarenko, Kaiser & Eidex**

One Sugarloaf Centre

1960 Satellite Boulevard

Suite 2000 | Duluth, GA | 30097

D:  (678) 730-7512 | P:  (770) 904-3590 | F:  (678) 730-7541

Confidentiality Notice:
This message is being sent by or on behalf of a lawyer.  It is intended exclusively for the individual or entity to which it is addressed.  This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure.  If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it.  If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

---

**From:** Carson Wynn <carson@legalhelpga.com>
**Sent:** Friday, February 20, 2026 8:57 AM
**To:** Ankur P. Trivedi <at@gmke.law>; Jonathan S. Tonge <jtonge@atclawfirm.com>; Pat McDonough <pmcdonough@atclawfirm.com>; Jennifer M. Webster <jwebster@atclawfirm.com>
**Cc:** Matthew Stoddard <matt@legalhelpga.com>; Shauna Bates <shauna@legalhelpga.com>
**Subject:** ▮▮▮▮ - Lincoln Bancorp Cases

Good morning, all,

I am reaching out to see when you all are available in March for depositions.  We would like to take the depositions of Louis Vu and Tony Tran.

Best,

**Carson Wynn, Attorney**
**The Stoddard Firm**
**1534 N Decatur Road**
**Atlanta, GA 30307**
**P: (470) 467-2200**
**F: (470) 467-1300**
**www.thestoddardfirm.com**

*Please Note*: Unless you have signed a fee agreement with The Stoddard Firm, this firm does not represent you as your attorney.