**From:**
**Mail received time:** Tue, 23 Jun 2026 15:01:52
**Sent:** Tuesday, June 23, 2026 11:02:32 AM
**To:** Byrd, Chris
**Cc:** Jennifer M. Webster  Johnson, Helen Y.  Jonathan S. Tonge
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH
**Importance:** Normal
**Sensitivity:** None

---

OK, Chris, I will work on other dates in July and agree you can take these 3 depositions outside of discovery, but we are not agreeing to extend discovery or any other deadlines.

---

**Patrick J. McDonough, ESQ.**
**Partner**

Tel:  770-822-0900
Dir:  678-518-6859

Email: pmcdonough@atclawfirm.com
Web: www.atclawfirm.com



ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia   30097
Map and Directions

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Monday, June 22, 2026 10:40 AM
**To:** Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

I've got a 30(b)(6) depo on 7/1.  I'm defending … but, if past dealings with these guys is any indicator, it will go all day. Can you get a few other July dates?  I'm out the 6th – 10th and 20th – 21st.

---

**From:** Pat McDonough <pmcdonough@atclawfirm.com>
**Sent:** Monday, June 22, 2026 10:34 AM
**To:** Byrd, Chris <CByrd@wwhgd.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

**This Message originated outside your organization.**

Chris, I have been able to reach Santana Phillips. She can be deposed at my office Wednesday, July 1st at 11 am. Let me know if that works. I am heading to some meetings but hope to have an update on the others soon.

Pat

---

**Patrick J. McDonough, ESQ.**
**Partner**

Tel:  770-822-0900
Dir:  678-518-6859

Email: pmcdonough@atclawfirm.com
Web: www.atclawfirm.com



ANDERSEN | TATE | CARR
A FULL SERVICE GEORGIA LAW FIRM

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia   30097
Map and Directions

---

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Tuesday, June 16, 2026 3:39 PM
**To:** Pat McDonough <pmcdonough@atclawfirm.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Subject:** RE: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Pat:

Good  talking to you today. I'm still thinking about how to proceed regarding Whitmore in the J.R. case, but, at the very least, I do want to depose her. If she is going to be disclosed in T.H. and N.N., I'll want to depose her in those cases too.

I also want to depose your affiants: Santana Phillips, Winkeisha Vanterpool, and ▇▇▇▇▇▇▇ (let me know if I'm missing any). Are you able to produce them, or do I need to subpoena them? If the latter, please provide their phone numbers, email addresses and physical addresses.

Also, I don't know if I asked you this already – does T.H. have any other lawsuits (current or prior) against any other hotels? If so, can you identify them?

Thanks.

---

**From:** Pat McDonough <pmcdonough@atclawfirm.com>

**Sent:** Wednesday, June 10, 2026 3:45 PM
**To:** Byrd, Chris <CByrd@wwhgd.com>
**Cc:** Jennifer M. Webster <jwebster@atclawfirm.com>; Johnson, Helen Y. <HJohnson@wwhgd.com>; Jonathan S. Tonge <jtonge@atclawfirm.com>
**Subject:** Re: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

**This Message originated outside your organization.**

Chris,

I added Jon to the email chain.  We are both still out of the country but arrive late tomorrow.  Let us regroup and then we can touch base Friday afternoon and get a plan.  If I am dead dogged jet lagged maybe Monday, but let's shoot for 2:30 Friday.  Will you send a call or zoom invite? From our side please have me, Jon, and Jennifer invited

Pat
Sent from my iPhone

| **Patrick J. McDonough, ESQ.** | Tel: 770-822-0900 |
| **Partner** | Dir: 678-518-6859 |
| | |
| | Email: pmcdonough@atclawfirm.com |
| | Web: www.atclawfirm.com |
| |  |
| ANDERSEN \| TATE \| CARR | Andersen, Tate & Carr, P.C. |
| A FULL SERVICE GEORGIA LAW FIRM | 1960 Satellite Boulevard |
| | Suite 4000 |
| | Duluth, Georgia  30097 |
| | **Map and Directions** |

| **Patrick J. McDonough, ESQ.** | Tel: 770-822-0900 |
| **Partner** | Dir: 678-518-6859 |
| | Fax: 770-236-9795 |
| | Email: pmcdonough@atclawfirm.com |
| | ANDERSEN \| TATE \| CARR |
| | A FULL SERVICE GEORGIA LAW FIRM |

On Jun 10, 2026, at 6:16 'a0PM, Byrd, Chris <CByrd@wwhgd.com> wrote:

⍰

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Thanks, Jennifer.

I'm still digging into all of this.  I should have the notice of appearance filed today.  I know Pat is over in

Portugal … but a couple of quick questions:

1. In J.R., y'all disclosed Whitmore on 5/11 – the day that discovery expired.  How do y'all want to handle that?  I don't think the disclosure would be considered timely, as the scheduling order states that fact and expert discovery should be completed by 5/11.  I know the initial discovery period was pretty short at 6 months.  Are y'all agreeable to reopening discovery to permit us to depose Whitmore and potentially retain (and prepare) a rebuttal expert?  I think my only alternative to that would be to move to strike her.

2. Regarding J.R., per her discovery responses she was trafficked at other places, but, at least at the time of the responses, she hadn't filed suit.  Is that still the case?  If she has another lawsuits against other hotels, can you please let me know?

3. Regarding N.N., it looks like she prosecuted at least two other cases, which were settled – T&S and Summit.  Will you please provide me the settlement agreements in those cases (and the amounts)?

Thanks.

---

**From:** Jennifer M. Webster <jwebster@atclawfirm.com>
**Sent:** Tuesday, June 9, 2026 7:06 AM
**To:** Byrd, Chris <CByrd@wwhgd.com>
**Cc:** Johnson, Helen Y. <HJohnson@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Subject:** Re: Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

**This Message originated outside your organization.**

---

Chris,

Sharefile wouldn't let me access the link you sent me. The deposition transcripts for TH & NN can be found at link below!

📁 2026-06-09 JR, NN, TH v. Lincoln Bancorp, LLC

All the best,
Jennifer Webster

---

**Jennifer Webster**
**Attorney at Law**

Tel:   770-822-0900

Email: jwebster@atclawfirm.com
Web:   www.atclawfirm.com




A FULL SERVICE GEORGIA LAW FIRM

Andersen, Tate & Carr, P.C.
1960 Satellite Boulevard
Suite 4000
Duluth, Georgia  30097
Map and Directions

**From:** Byrd, Chris <CByrd@wwhgd.com>
**Sent:** Monday, 08 June 2026 08:47:43
**To:** Jennifer M. Webster <jwebster@atclawfirm.com>
**Cc:** Johnson, Helen Y. <HJohnson@wwhgd.com>; Pat McDonough <pmcdonough@atclawfirm.com>
**Subject:** Lincoln Bancorp, LLC - Plaintiffs: DB; JR; NN; and TH

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

Jennifer:

I'm going to be getting involved in these cases.  Should be filing a NOA tomorrow.  I've begun receiving copies of Ankur's files, but he tells me he didn't order the depo transcripts for TH and NN.  Would you mind sending them my way?  I spoke to Pat on Friday, and he told me to reach to you.

Click here to upload files.

Thanks so much!



Christopher T. Byrd

Attorney

3344 Peachtree Road NE | Suite 2400 | Atlanta, GA 30326

D: 404.832.9546 | F: 404.875.9433

www.wwhgd.com  | vCard

The information contained in this message may contain privileged client confidential information. If you have received this message in error, please delete it and any copies immediately.

