**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| T.H., | ) |
|     Plaintiff, | ) <br> ) <br> ) |
| v. | )    CIVIL ACTION FILE NO. |
| LINCOLN BANCORP, LLC, | ) <br> )    1:25-cv-04310-AT <br> ) |
| | ) |
|     Defendant. | ) <br> ) <br> ) |
| | ) |

## CERTIFICATE OF SERVICE OF DISCOVERY

This is to certify that counsel for Defendant Lincoln Bancorp, LLC, has this date, served the following documents upon opposing counsel of record via electronic mail transmission:

1. Defendant's Supplemental Response to Plaintiff's Interrogatories and Request for Production of Documents

Respectfully submitted, this 23rd day of July, 2026.

> **WEINBERG, WHEELER,**
> **HUDGINS, GUNN & DIAL, LLC**
>
> */s/ Christopher T. Byrd*
> Christopher T. Byrd
> GA Bar No. 100854
> Shubhra R. Mashelkar
> GA Bar No. 475388
> 3344 Peachtree Road, N.E.
> Suite 2400

Atlanta, Georgia 30326
(404) 876-2700
cbyrd@wwhgd.com
smashelkar@wwhgd.com

*Counsel for Defendant Lincoln Bancorp, LLC*

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Under Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that this submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

                                        */s/ Christoher T. Byrd*
                                        Christoper T. Byrd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by electronic mail to all counsel or parties of record.

WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854