UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

T.H.,

    Plaintiff,

v.

LINCOLN BANCORP, LLC,

    Defendant.

CIVIL ACTION FILE

NO. 1:25-cv-04310-AT

**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Now before this Court is Plaintiff's Motion for Leave to File Under Seal.

Plaintiff requests leave to file the following documents under seal:

| EXHIBIT NO. | DESCRIPTION | REDACTED OR REQUESTED TO BE SEALED |
| --- | --- | --- |
| 1 | Email Correspondence Deft and Pltfs D.B., J.R., N.N., and T.H. | Redacted |
| 4 | Email Correspondence Lincoln Bancorp Cases | Redacted |
| 7 | Email Correspondence Lincoln Bancorp and Pltfs | Redacted |

For good cause shown, this motion is GRANTED. Plaintiff is authorized to file under seal the documents identified in Plaintiff's motion.

SO ORDERED this 28th day of July, 2026.

_____
**AMY TOTENBERG**
**UNITED STATES DISTRICT JUDGE**