IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| T.H., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:25-cv-4310-AT |
| LINCOLN BANCORP, LLC, | : | |
| Defendant. | : | |

## **ORDER**

Before the Court is Defendant Lincoln Bancorp, LLC's Motion to Extend the Discovery Period [Doc. 49]. Discovery closed on July 3, 2026, and Defendant filed its Motion on July 2, 2026. Defendant seeks to extend the discovery period and related case deadlines by ninety days, which would move the new discovery period closing date to October 1, 2026. Defendant's stated reason for the extension request is that Plaintiff disclosed, seven days before the close of discovery, that she anticipates calling a new expert witness, Ms. Anique S. Whitmore, at trial. (Doc. 49 ¶ 4). Defendant asserts that this disclosure "leaves Defendant with insufficient time to review the expert's file and opinions, depose Ms. Whitmore, or to identify and retain a rebuttal expert (if necessary) within the discovery period." (*Id.* ¶ 6).

At the Court's direction, Plaintiff filed a Response in Opposition to Defendant's Motion to Extend the Discovery Period on July 10, 2026. (Doc. 52). Plaintiff opposes Defendant's request to extend discovery, asserting that the parties can and have privately agreed to conduct Ms. Whitmore's deposition

outside of the discovery period. (Doc. 52 at 2-3). In addition to Ms. Whitmore's deposition, Plaintiff reports that the parties have also agreed to conduct the depositions of any rebuttal expert and three fact witnesses (that Defendant purportedly "asked to depose months after their disclosure") after the close of discovery. (*Id.*).

As it appears that the parties have privately reached a resolution regarding scheduling depositions after the close of discovery, the Court will allow that private agreement to stand. Defendant's Motion to Extend the Discovery Period [Doc. 49] is **DENIED WITHOUT PREJUDICE.** The five identified depositions (Ms. Whitmore, any rebuttal expert, and three fact witnesses) may be conducted outside the discovery period. Such that the parties may incorporate any information gleaned from those depositions in any motion, the summary judgment deadline is **EXTENDED by sixty days.** The new summary judgment deadline is **October 2, 2026**. The original Rule 16.3 conference deadline (July 17, 2026) has passed. If the parties have not yet conferred, the new Rule 16.3 conference deadline is **September 15, 2026.**

**IT IS SO ORDERED** this 28th day of July, 2026.

**Honorable Amy Totenberg**
**United States District Judge**