**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| T.H., | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE NO. 1:25-cv-04310-AT |
| LINCOLN BANCORP, LLC, | |
| Defendant. | |

**DEFENDANT LINCOLN BANCORP, LLC'S NOTICE OF
INTENTION TO ARGUE FAULT OF NON-PARTY
PURSUANT TO O.C.G.A. § 51-12-33(C) AND (D)**

COMES NOW Lincoln Bancorp, LLC, Defendant in the above-captioned matter ("Defendant"), and hereby files this Notice Pursuant to O.C.G.A. § 51-12-33 (c) and (d), showing the Court as follows:

Plaintiff T.H. claims to have been trafficked at the Super 8 located at 4979 Old National Highway, College Park, Georgia 30349, and has filed the present lawsuit, claiming that Defendant is liable for physical, emotional, and mental harm that she suffered as a result of being trafficked. Defendant denies Plaintiff's allegations; however, if Plaintiff's allegations are accepted as true by the trier of fact, then the jury "shall consider the fault of all persons or entities who contributed to the alleged injury or damages, regardless of whether the person or entity was, or could have been, named as a party to the suit." O.C.G.A. § 51-12-33. As such,

Defendant hereby provides notice of the following individuals and entities who are or may be wholly or partially at fault for causing or contributing to the Plaintiff's injuries:

1.      **Eron McCary, also known as "E"** (believed to be currently incarcerated at Coffee Correctional Facility, 1153 North Liberty Street, P.O. Box 650, Nicholls, Georgia 31554). According to Plaintiff, in late April and early May 2020, when T.H. was 16 years old, McCary trafficked her at the Super 8 hotel. Plaintiff contends McCary forcibly sold her for sex, made her have sex with roughly three men each day, forcibly raped her on a daily basis (sometimes as many as six times per day), took nude photographs of her, controlled her housing, finances, and communication, and pimped her out for sex and money. Per Plaintiff's own allegations, McCary trafficked her in violation of the TVPRA and Masha's Law, committed negligence and/or intentional torts against her, including but not limited to assault, battery, rape, sexual battery, sodomy, and false imprisonment, and, thus, McCrary caused or contributed to her damages, in whole or in part.

2.      **Quasim Pierre Cherry, also known as "Semi"** (believed to be currently incarcerated at Wheeler Correctional Facility, 195 N. Broad Street, Alamo, Georgia 30411). According to Plaintiff, Cherry was T.H.'s first trafficker after she left her group home in Columbus, Georgia. Plaintiff contends Cherry beat her nearly every day, choked her, placed firearms against her head and chest, repeatedly

threatened her with physical violence, physically forced her to take drugs (MDMA/Ecstasy), forced her to have sex with approximately 30 men over the course of about a week, took all of the money she earned, and provided her with minimal food. Per Plaintiff's own allegations, Cherry trafficked her in violation of the TVPRA and Masha's Law, committed negligence and/or intentional torts against her, including but not limited to assault, battery, and false imprisonment, and, thus, Cherry caused or contributed to her damages, in whole or in part.

3.      **"Loco"** (legal name and current address unknown) **.** According to Plaintiff, between approximately April 29 and May 1, 2020, T.H. met Loco while sitting in the lobby of the Best America Inn. Plaintiff contends Loco offered her food and a hotel room, then told her she would have to sell herself for sex. Loco had sex with her, set up out calls, posted nude pictures of her on the internet, and forced her to perform commercial sex acts. Per Plaintiff's own allegations, Loco trafficked her in violation of the TVPRA and Masha's Law, committed negligence and/or intentional torts against her, including but not limited to assault, battery, and false imprisonment, and, thus, Loco caused or contributed to her damages, in whole or in part.

4.      **Best America Inn**, located at 5021 Old National Highway, College Park, Georgia 30349 (owner/operator unknown). Plaintiff contends she was trafficked at this hotel by "Loco" between approximately April 29 and May 1, 2020.

Plaintiff contends she was forced to perform commercial sex acts at this location and that Loco set up "out calls" from this hotel. To the extent that the Best America Inn's owner and/or operator benefitted from participation in a venture that it knew or should have known was trafficking Plaintiff, it may have caused or contributed to Plaintiff's damages, in whole or in part.

**5.** **Motel 6** (specific location and address on Old National Highway or in the College Park/Atlanta area unknown; owner/operator unknown). Plaintiff contends she was trafficked by "Semi" (and possibly others) at this hotel. To the extent that Motel 6's owner and/or operator benefitted from participation in a venture that it knew or should have known was trafficking Plaintiff, it may have caused or contributed to Plaintiff's damages, in whole or in part.

Pursuant to this Notice, Plaintiff, as well as all identified non-parties, should be considered by the trier of fact in assessing percentages of fault of all persons and entities who contributed to Plaintiff's alleged damages, regardless of whether the person was, or could have been, named as a party to this lawsuit. *See* O.C.G.A. § 51-12-33(c).

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted, this 13th day of August, 2026.

**WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854
Shubhra R. Mashelkar
GA Bar No. 475388
3344 Peachtree Road, N.E.
Suite 2400
Atlanta, Georgia 30326
(404) 876-2700
cbyrd@wwhgd.com
smashelkar@wwhgd.com

*Counsel for Defendant Lincoln
Bancorp, LLC*

**RULE 7.1D CERTIFICATE OF TYPE, FORMAT AND FONT SIZE**

Under Local Rule 7.1D of the United States District Court for the Northern District of Georgia, the undersigned certifies that this submission to the Court was computer-processed, double-spaced between lines, and prepared with 14-point Times New Roman font.

/s/ *Christoher T. Byrd*
Christoper T. Byrd

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 13, 2026, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing by electronic mail to all counsel or parties of record:

Jonathan Tonge, Esq.
Patrick J. Mcdonough, Esq.
Jennifer Webster, Esq.
ANDERSEN, TATE & CARR, PC
One Sugarloaf Centre
1960 Satellite Blvd, Ste. 4000
Duluth, GA  30097
jwebster@atclawfirm.com
jtonge@atclawfirm.com
pmcdonough@atclawfirm.com

**WEINBERG, WHEELER,
HUDGINS, GUNN & DIAL, LLC**

*/s/ Christopher T. Byrd*
Christopher T. Byrd
GA Bar No. 100854